EMILE ANTONY, Appellant, *v.* ALEXANDER & WILSON, INC., et al., Defendants, and RIDGEWOOD HOMES CORPORATION, Respondent.

(Argued March 4, 1935; decided March 19, 1935.)

*Terence J. Mullen* and *Alfred J. Amend* for appellant. *Fred L. Gross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.